# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  VALERIE R. SOPEL | Case No. 15-23005CMB |
|   Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>       vs.<br>VALERIE R. SOPEL | Chapter 13 |
| | Document No. 36 |
|   Respondents | |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __3rd__ day of September, 20 20, it is hereby ORDERED, ADJUDGED, and DECREED that,

Bayer
Attn: Payroll Manager
100 Bayer Rd
Pittsburgh, PA 15205-

is hereby ordered to immediately terminate the attachment of the wages of VALERIE R. SOPEL, social security number XXX-XX-4663. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of VALERIE R. SOPEL.

FILED
9/3/20 4:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_    dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                          Case No. 15-23005-CMB
Valerie R. Sopel                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: dric              Page 1 of 1           Date Rcvd: Sep 03, 2020
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2020.
db              +Valerie R. Sopel,    236 Sunset Drive,    Butler, PA 16001-1334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2020 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com
              Michael S. Lazaroff    on behalf of Debtor Valerie R. Sopel butlerdebtlaw@zoominternet.net,
               alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4