## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Valerie R. Sopel, Debtor                    Bankruptcy No.: 15-23005-CMB
                                                    Chapter 13

Valerie R. Sopel, Movant

     v.

Ronda J. Winnecour, Chapter 13 Trustee, Respondent

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

And now, comes the Debtor/Movant Valerie R. Sopel, by and through her counsel Michael S. Lazaroff, Esquire, and respectfully represents as follows:

1. The Debtor/Movant has made all payments required by the Chapter 13 Plan.

2. The Debtor/Movant is not required to pay any domestic support obligations.

3. The Debtor/Movant is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtor/Movant has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code.  Section 1328(h) of the Bankruptcy Code does not render the Debtor/Movant ineligible for a discharge.

4. On April 5, 2019, at docket numbers 33 and 41, the Debtor/Movant complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification About A Financial Management Course,* with the *Certificate of Debtor Education* attached to the form.

5. This Certification is being signed under penalty of perjury by undersigned counsel who duly questioned the Debtor/Movant about the statements in this *Certification* and verified the answers in support of this Certification.

Date:  October 14, 2020　　　　　　　　　　　*/s/ Michael S. Lazaroff*
　　　　　　　　　　　　　　　　　　　　　　　Michael S. Lazaroff, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor/Movant
　　　　　　　　　　　　　　　　　　　　　　　PA ID No. 204494

　　　　　　　　　　　　　　　　　　　　　　　Law Office of Michael S. Lazaroff
　　　　　　　　　　　　　　　　　　　　　　　277 West Main Street
　　　　　　　　　　　　　　　　　　　　　　　PO Box 216
　　　　　　　　　　　　　　　　　　　　　　　Saxonburg, PA 16056-0216

　　　　　　　　　　　　　　　　　　　　　　　724-352-4905

　　　　　　　　　　　　　　　　　　　　　　　ButlerDebtLaw@zoominternet.net