Form 408

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

                    Bankruptcy No.  15-23005 CMB

VALERIE R. SOPEL,

                    Chapter 13
    Debtor                 Related to Doc. No. 43

**ORDER SETTING DATE CERTAIN**
**FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW**, this The 28th  day of October, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above-captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 by December 14, 2020.**  Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for a ZOOM Hearing on **January 6, 2021 at 1:30 P.M.** via Zoom Video Conference Application, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.  To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191.  ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above-specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUTPCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE.  REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties.  If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter.  Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately.**

5. If applicable, **Debtor(s) SHALL FILE a Certification of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **December 14, 2020.**

Carlota M. Böhm, Chief Judge
United States Bankruptcy Court

cm:  **All Parties**

FILED
10/28/20 11:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA