**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>VALERIE R. SOPEL<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:15-23005<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 26, 2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 08/20/2015 and confirmed on 11/6/15 . The case was subsequently     Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 70,752.00 |
| Less Refunds to Debtor | 2,133.88 | |
| TOTAL AMOUNT OF PLAN FUND | | 68,618.12 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,500.00 | |
|   Trustee Fee | 3,080.81 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,580.81 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA | 0.00 | 61,871.04 | 0.00 | 61,871.04 |
|   Acct: 1263 | | | | |
| | | | | 61,871.04 |
| **Priority** | | | | |
|   MICHAEL S LAZAROFF ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   VALERIE R. SOPEL | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   VALERIE R. SOPEL | 1,056.00 | 1,056.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   VALERIE R. SOPEL | 1,077.88 | 1,077.88 | 0.00 | 0.00 |
|   Acct: | | | | |
|   LAW OFFICE OF MICHAEL S LAZAROFF* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   MICHAEL S LAZAROFF ESQ** | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA** | 25,395.24 | 644.28 | 0.00 | 644.28 |
|   Acct: 2106 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 5,155.49 | 130.79 | 0.00 | 130.79 |
|   Acct: 4475 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5164 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5195 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7644 | | | | |
|   MIDLAND FUNDING LLC | 7,307.41 | 185.39 | 0.00 | 185.39 |
|   Acct: 8563 | | | | |
|   BANK OF AMERICA NA** | 8,112.22 | 205.81 | 0.00 | 205.81 |
|   Acct: 1301 | | | | |
| | | | | 1,166.27 |

| 15-23005 | | Page 2 of 2 |
|---|---|---|

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 63,037.31 |
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 0.00 | |
| UNSECURED | 45,970.36 | |

Date: 10/26/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    VALERIE R. SOPEL

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-23005

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

    _____
    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23005-CMB |
| Valerie R. Sopel | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Valerie R. Sopel, 236 Sunset Drive, Butler, PA 16001-1334 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 14094718 | | Bank of America, PO Box 15028, Wilmington, DE 19850-5028 |
| 14142294 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14102035 | + | Household Finance Consumer Discount Company, c/o HSBC Mortgage Services, Inc., P.O. Box 21188, Eagan, Minnesota 55121-0188 |
| 14094725 | + | MRS Associates, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 14126294 | + | Midland Credit Management Inc as agent for, Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14306735 | + | U.S. Bank National Association, as inde, Serviced by Select Portfolio Servicing,, 3815 South West Temple, Salt Lake City, UT 84115-4412 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14094717 | + | Email/Text: legal@arsnational.com | Oct 29 2020 02:37:00 | ARS National Services, Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 14094720 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 29 2020 02:08:32 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14120063 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 29 2020 02:07:43 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14094721 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 29 2020 01:07:53 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 14094722 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 29 2020 01:07:53 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 14094724 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2020 02:38:00 | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |
| 14094719 | ## | Beneficial Mortgage, PO Box 1231, Brandon, FL 33509-1231 |
| 14094723 | ## | Hayt, Hayt & Landau, 123 S. Broad St., Suite 1660, Philadelphia, PA 19109-1003 |
| 14094726 | ## | Nationwide Credit, Inc., PO Box 26314, Lehigh Valley, PA 18002-6314 |

TOTAL: 1 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 2 of 2 |
| Date Rcvd: Oct 28, 2020 | Form ID: pdf900 | Total Noticed: 14 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bnicholas@kmllawgroup.com |
| Michael S. Lazaroff | on behalf of Debtor Valerie R. Sopel butlerdebtlaw@zoominternet.net alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4